IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DANNY L. BALL, | ) | 4:07CV3224 |
| | ) | |
| Petitioner, | ) | |
| v. | ) | |
| | ) | **MEMORANDUM** |
| NEBRASKA DEPARTMENT OF | ) | **AND ORDER** |
| CORRECTIONS, | ) | |
| | ) | |
| Respondent. | ) | |

Petitioner has moved for a one-month extension of the deadline for payment of his $5.00 filing fee, from November 30, 2007, until December 30, 2007. (Filing 13.) It appears that Petitioner attempted to pay the habeas filing fee on October 31, 2007, but his institutional check was dishonored for insufficient funds. Petitioner represents that he will not have sufficient funds available until December 18, 2007, when he will be paid by the institution. Based upon this information, the motion for extension of time will be granted. Accordingly,

IT IS ORDERED that:

1. The petitioner's motion for extension of time (filing 13) is granted, and the petition shall have until December 30, 2007, to pay the $5.00 filing fee. The petitioner is again warned that if the fee is not paid as required, the court may dismiss this case without further notice.

2. The Clerk of the court is directed to terminate the previous pro se case management deadline and to set a new deadline using the following text: December 30, 2007: deadline for petitioner to pay $5.00 filing fee.

3.  No further review of this case shall take place until the filing fee is paid.

November 25, 2007.    BY THE COURT:

    s/ *Richard G. Kopf*
    United States District Judge